**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER**

Courtroom Deputy:  Patricia Glover          Date: July 27, 2009
Court Reporter:    Paul Zuckerman
Probation Officer: Laura Ansart

Criminal Action No. 07-cr-00403-MSK

<u>*Parties*</u>:                                    <u>*Counsel*</u>:

UNITED STATES OF AMERICA,                Michele Korver

    Plaintiff,

v.

SAMUEL VIGIL,                            Anthony Viorst

    Defendant.

___

**SENTENCING MINUTES**
___

**1:38 p.m.      Court in session**.

Defendant present on bond.

**Change of Plea Hearing on June 16, 2009.  Defendant pled guilty to Count 1 of the Indictment.**

Parties received and reviewed the presentence report and all addenda.

The parties **do not** dispute the facts contained in the presentence report.

The parties **do not** dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the original presentence report.

The Government **does** request departure (**Doc. #320**).  Argument by Ms. Korver.  Defendant has no objection, but counsel makes further argument.

The defendant **does** contend that the sentence should be different from that calculated under the Sentencing Guidelines in light of the sentencing objectives set forth in 18 U.S.C. Section 3553(a).  Argument by Mr. Viorst.  The Government objects.

Allocution. - Statement made by: The defendant.

Sentencing Minutes
Judge Marcia S. Krieger
Page 2

After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose as reflected in the record.  Counsel are offered the opportunity for further argument.

Oral findings are made of record.

**ORDER:** The Government's Motion for Decrease for Acceptance of Responsibility **(Doc. #323)** is **GRANTED.**

**ORDER:** The Government's Motion for Downward Departure (**Doc. #320**) is **GRANTED.** The defendant's oral motion for variant sentence is **DENIED**.

**THE DEFENDANT IS SENTENCED AS REFLECTED IN THE RECORD.**

The defendant is advised of his right to appeal.

**ORDER:** Defendant shall surrender to the facility designated by the United States Bureau of Prisons no later than **August 31, 2009.**

**ORDER:** Bond will be exonerated upon self-surrender to the facility designated by the Bureau of Prisons.

**2:16 p.m.      Court in recess.**

Total Time:    38 minutes.
Hearing concluded.